**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Master Docket Case No. 1:23-cv-00818<br>Honorable Mary M. Rowland |
| **CLARA CLINTON,**<br><br>**v.**<br><br>**AFAM CONCEPT, INC d/b/a JF LABS, INC., AVLON INDUSTRIES, INC., BEAUTY BELL ENTERPRISES LLC f/k/a HOUSE OF CHEATHAM, INC., DABUR INTERNATIONAL, LTD, DABUR INTERNATIONAL USA LTD., GODREJ SON HOLDINGS, INC., HOUSE OF CHEATHAM, LLC., L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., LUSTER PRODUCTS, INC., NAMASTE LABORATORIES LLC., REVLON CONSUMER PRODUCTS CORPORATION, REVLON GROUP HOLDINGS, LLC, REVLON, INC., SOFTSHEEN-CARSON LLC., SOFTSHEEN-CARSON (W.I.), INC., STRENGTH OF NATURE, LLC., CHAPMAN PRODUCTS COMPANY, INC., CAROL COSMETICS d/b/b POSNER COSMETICS, STRAIGHT REQUEST, BRONNER BROTHERS, INC., DUDLEY PRODUCT'S INC., KENRA PROFESSIONAL, LLC. d/b/a ELUCENCE, JBC DISTRIBUTORS, INC., JOHN PAUL MITCHLL SYSTEMS, MURRAYS WORLDWIDE, INC., SHE BEE STINGIN, INC.** | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**<br><br>Civil Action No. 1:23-cv-08311 |

PLEASE TAKE NOTICE,

COME NOW the Plaintiff, Clara Clinton, by and through counsel of record, and pursuant to Fed. R. Civ. P. 41(a) voluntary dismisses her claims in the above-captioned matter against Defendant Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products, Inc., Kenra Professional, LLC d/b/a Elucence Products, Dudley Beauty Corporation, LLC, JBC Distributors, Inc., She Bee Stingin, Inc. and Straight Request without prejudice with each party to bear its own fees and costs. Plaintiff will proceed with her claims against the remaining Defendants above.

Dated this the 26th day of March, 2024.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

Navan Ward Jr.

Navan Ward, Jr. (AL Bar No.: 9527-A57W)
Aigner Kolom (AL Bar No.: 9984-N79G)
Ryan Beattie (AL Bar No.: 2368-G15K)
David Dearing (AL Bar No.: 9990-L39C)
Matthew P. Teague (AL Bar No.: 5085-W72T)
Frank Woodson (AL Bar No.: 0479-N66E)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Overlook II
2839 Paces Ferry Road, SE, Suite 400
Atlanta, Georgia 30339
Phone: (800) 898-2034
Facsimile: (334) 954-7555
Email: navan.ward@beasleyallen.com
Email: aigner.kolom@beasleyallen.com
Email: ryan.beattie@beasleyallen.com
Email: david.dearing@beasleyallen.com
Email: matt.teague@beasleyallen.com
Email: frank.woodson@beasleyallen.com

*Attorney for Plaintiff*